**Terrance Lamount JAMES, Plaintiff—Appellant,**

v.

**Randy WILLIAMS, Sergeant, in segregation employed at Marion; C. Sturgill, Assistant Unit Manager of segregation employed at Marion;**

---

**Lawrence Willis; Theodore Bosworth; William Stevens; Keith Turner; Michael Martin; Robert Frady, Defendants—Appellees.**

No. 05–7082.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Oct. 4, 2005.

Terrance Lamount·James, Appellant pro se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Lamount James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See James v. Williams*, No. CA–04–69 (W.D.N.C. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented

---

——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), we deny authorization.

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

Ronald Lee Pennix appeals the district court's order dismissing his motion to return seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Pennix,* No. CR–96–763 (W.D.Va. June 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*